JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACHSTATE HEALTH MANAGEMENT LLC, et al.,<br>    Plaintiffs,<br><br>        v.<br><br>CHUBB INSURANCE COMPANY OF NEW JERSEY, et al.,<br>    Defendants. | CV 19-08175 DSF (SPx)<br><br><br>JUDGMENT |

The Court having granted summary judgment in favor of Defendants,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that Plaintiffs' complaint be dismissed without prejudice and that Defendants recover their costs of suit pursuant to 28 U.S.C. § 1920.

Date: November 30, 2020

_____
Dale S. Fischer
United States District Judge